**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**
***Electronically Filed***

| | | |
|---|---|---|
| BRIGHTVIEW LANDSCAPES, LLC<br><br>Plaintiff,<br><br>v.<br><br>ANGELA OVERTON,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:26-cv-00718-SEB-TAB |

**STIPULATED ORDER OF DISMISSAL**

Plaintiff BrightView Landscapes, LLC and Defendant Angela Overton, through their respective counsel, have advised this Court that they have executed a full and final Settlement Agreement to resolve this matter. Pursuant to the agreement of the Parties as set forth in their Settlement Agreement, and for good cause shown, it is hereby ORDERED as follows:

**(a)** Overton will continue to comply with the terms of her September 20, 2020, Confidentiality, Noncompetition and Nonsolicitation Agreement with BrightView ("BrightView Agreement").

**(b)** Overton represents and warrants that she did not take and is not in possession of any printed or electronic material containing "Confidential Information" as defined in Section 1(c) of the BrightView Agreement.

**(c)** Until December 30, 2026, Overton will not directly or indirectly work for Hittle Landscaping, or any other commercial landscaping company, in the BrightView Restricted Territory as defined by paragraph 38 of the Complaint filed in the Civil Action.

**(d)** Until December 30, 2027, Overton will not directly or indirectly work as an Account Manager for any customer identified in Exhibit 2 to the Parties' Settlement Agreement. Overton shall not disclose the list to any current or future employer; provided, however, that if a current or future employer requests that she directly or indirectly work as an Account Manager for a restricted customer on the list, then Overton may disclose that this Order prohibits her from doing so.

Based upon the foregoing, and with the consent of all parties, this matter is hereby **DISMISSED WITHOUT PREJUDICE**, each Party to bear its or her own attorneys' fees and costs**.**

**SO STIPULATED BY:**

/s/ *Craig P. Siegenthaler*
Craig P. Siegenthaler
Erin Shaughnessy (In. Bar #36076-22)
Fisher & Phillips LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Phone: (502) 561-3990
Fax: (502) 561-3991
E-mail: csiegenthaler@fisherphillips.com
eshaughnessy@fisherphillips.com

Paul J. Greco, Esquire (pro hac vice)
Andrew S. Gallinaro, Esquire (pro hac vice)
FISHER & PHILLIPS LLP
Two Logan Square
100 N. 18th Street – 12th Floor
Philadelphia, PA 19103
Tel. (610) 230-2146/2178
Fax (610) 230-2151
Email pgreco@fisherphillips.com
agallinaro@fisherphillips.com

*Counsel for BrightView Landscapes, LLC*

Dated: May 8, 2026

/s/ *Thomas R. DeVoe (w-express permission)*
Thomas R. Devoe
Taft Stettinius & Hollister, LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Phone: (317) 713-3500
Fax: (317) 713-3699
E-mail: tdevoe@taftlaw.com

*Counsel for Angela Overton*

Dated: May 8, 2026

**IT IS SO ORDERED.**

Entered this 11th day of May, 2026.

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF